UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis Munoz Menco,<br><br>  Petitioner,<br><br>v.<br><br>United States of America,<br><br>  Respondent. | File No. 25-cv-4238 (ECT/LIB)<br><br>**ORDER ACCEPTING REPORT<br>AND RECOMMENDATION** |

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on December 4, 2025. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**; and

2. Plaintiff's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 30, 2025        s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court