# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Luis Munoz Menco,<br><br>   Petitioner,<br><br>v.<br><br>United States of America,<br><br>   Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case Number: 25-cv-4238 ECT/LIB |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

 1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**; and

 2. Plaintiff's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DISMISSED**

**WITHOUT PREJUDICE** for failure to prosecute.

Date: 12/30/2025                       KATE M. FOGARTY, CLERK